IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BEN HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cv-1186 (LMB/IDD) |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 15, 2019, the Court stayed this action until January 21, 2020, due to the parties' pending mediation. The parties have informed the Court that their mediation was successful and they have executed a class settlement term sheet. The parties have stated that they anticipate filing a motion for preliminary approval of the settlement within approximately sixty days. Accordingly, it is hereby

ORDERED that the parties file a motion for preliminary approval no later than March 11, 2020; and it is further

ORDERED that a hearing on that motion will be held on March 31, 2020 at 10:00 am. In the interim, all other deadlines in the case will remain stayed.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of January, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge