UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ben Hawkins, *on behalf of himself and all others similarly situated*, | : | Case No. 1:19-cv-01186 |
| Plaintiff, | : | |
| v. | : | |
| Navy Federal Credit Union, | : | Hon. Judge Leonie M. Brinkema |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Ben Hawkins, through counsel and with the consent of Defendant Navy Federal Credit Union, hereby moves this Court for preliminary approval of the proposed class action settlement. In support thereof, Plaintiff relies upon the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (attached hereto as Exhibit 1); the Declaration of Alexander H. Burke (Exhibit 2); the Declaration of Jeffrey S. Goldenberg (Exhibit 3); the Declaration of Joseph M. Lyon (Exhibit 4); and the records, pleadings, and papers filed in this action. Pursuant to the Alexandria Division filing guidelines for unopposed motions, Plaintiff attaches (a) a Proposed Order Granting Preliminary Approval of Class Action Settlement (Exhibit 5).

            Respectfully submitted,

            BEN HAWKINS, on behalf of himself
            and all others similarly situated

Dated: March 11, 2020             By: */s/ David J. Dickens*

        David J. Dickens (VSB 72891)
        THE MILLER FIRM, LLC
        108 Railroad Avenue
        Orange, VA, 22960
        Telephone: (540) 672-4224
        ddickens@millerfirmllc.com

        Alexander H. Burke
        BURKE LAW OFFICES, LLC
        155 N. Michigan Ave., Suite 9020
        Chicago, IL 60601
        Telephone: (312) 729-5288
        aburke@burkelawllc.com

        Jeffrey S. Goldenberg
        GOLDENBERG SCHNEIDER, L.P.A.
        1 W. 4th St., 18th Floor
        Cincinnati, OH 45202
        Telephone: (513) 345-8291
        jgoldenberg@gs-legal.com

        Joseph M. Lyon
        THE LYON FIRM, P.C.
        2754 Erie Ave.
        Cincinnati, OH 45208
        Telephone: (513) 381-2333
        jlyon@thelyonfirm.com

        *Counsel for Plaintiff and the*
        *Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                  /s/ David J. Dickens