UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Ben Hawkins, *on behalf of himself and all others similarly situated,* : : : | Case No. 1:19-cv-01186 |
| Plaintiff, : : | |
| v. : : | |
| Navy Federal Credit Union, : : | Hon. Judge Leonie M. Brinkema |
| Defendant. : : | |

**JOINT NOTICE OF UPDATED EXHIBITS TO SETTLEMENT AGREEMENT**

Pursuant to the Court's order of March 19, 2020, and subsequent conference, Plaintiff Hawkins and Defendant Navy Federal Credit Union ("Navy Federal") hereby jointly submit the attached updated exhibits to their proposed Settlement Agreement, and state as follows:

1. The Parties have entered into a proposed class action Settlement Agreement in this case, in which Plaintiff alleges that Defendant caused nonconsensual text message calls to be made to the cellular telephone numbers of himself and others, in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Plaintiff filed an unopposed motion for preliminary approval of the Parties' proposed Settlement Agreement on March 11, 2020, which was subsequently amended on March 12, 2020. Dkt. 24, 26.

3. On March 19, 2020, the Court issued an order and held a telephonic conference to identify certain issues it wanted the Parties to address with respect to the Settlement Agreement.

4. In accordance with that order and conference with the Court, the Parties have updated the Settlement Agreement's exhibits as follows, and in the form attached hereto:

a. <u>Exhibit A</u> (Mail Notice): The proposed Preliminary Certification date, Settlement Administrator, and Claim, Opt-Out, and Objection Deadlines were inserted, along with the proposed date and time of the Final Approval Hearing. A slight modification was also made to relocate the toll-free number available to Class Members.

b. <u>Exhibit B</u> (Email Notice): The proposed Preliminary Certification date, Settlement Administrator, and Claim, Opt-Out, and Objection Deadlines were inserted, along with the proposed date and time of the Final Approval Hearing.

c. <u>Exhibit C</u> (Long-Form Notice): The opening and "Objecting to the Settlement" sections were modified to remove reference to Class Members having to file any objections with the Court; instead, it reflects that any objections are to be mailed to the Clerk of Court and counsel for the Parties. References to associated paragraphs in the Settlement Agreement were modified to reflect the amendment. As with the other notices, the proposed Preliminary Certification date, Settlement Administrator, and Claim, Opt-Out, and Objection Deadlines were also inserted, along with the proposed date and time of the Final Approval Hearing.

d. <u>Exhibit D</u> (Publication Notice): The Settlement Administrator, KCC, was identified.

e. <u>Exhibit E</u> (Claim Form): The proposed Preliminary Certification date, Settlement Administrator, and Claim Deadlines were inserted.

f. <u>Exhibit F</u> (Proposed Preliminary Certification Order): References to "Agreement" or "Settlement" were changed to "Settlement Agreement."

    Paragraph 16 was modified to remove reference to Class Members having to file any objections with the Court; instead, it reflects that any objections are to be mailed to the Clerk of Court and counsel for the Parties. Applicable deadlines were inserted in Paragraphs 8, 10, 11, and 22, the Settlement Administrator was identified in Paragraph 9, and the signature line was modified to remove specific reference to the Court.

  g. <u>Exhibit G</u> (Proposed Final Approval Order): Applicable dates were inserted in the introduction and Paragraphs 1 and 2, references to "Agreement" or "Settlement" were changed to "Settlement Agreement," with a reference in Paragraph 1 to it having been amended, and the signature line was modified to remove specific reference to the Court.

  WHEREFORE, the Parties respectfully request that the Court: (1) permit them to update the Settlement Agreement's exhibits as attached hereto; and (2) grant preliminary approval to their Settlement Agreement, by entering the proposed Preliminary Certification Order attached as <u>Exhibit F</u>.

Dated: March 22, 2020       Respectfully submitted,

NAVY FEDERAL CREDIT UNION   BEN HAWKINS, on behalf of himself
                 and all others similarly situated

By: <u>/s/Alan E. Schoenfeld</u>
  Alan E. Schoenfeld      By: <u>/s/David J. Dickens</u>
  Stephanie Simon        David J. Dickens (VSB 72891)
  WILMER CUTLER PICKERING    THE MILLER FIRM, LLC
  HALE & DORR LLP       108 Railroad Avenue
  7 World Trade Center      Orange, VA, 22960
  250 Greenwich Street      Telephone: (540) 672-4224
  New York, NY 10007      ddickens@millerfirmllc.com
  Telephone: (212) 230-8800
  alan.schoenfeld@wilmerhale.com  Alexander H. Burke (*pro hac vice*)
  stephanie.simon@wilmerhale.com  BURKE LAW OFFICES, LLC
                 155 N. Michigan Ave., Suite 9020

Meredith K. Loretta
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
meredith.loretta@wilmerhale.com

*Counsel for Defendant*

Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

Jeffrey S. Goldenberg (*pro hac vice*)
GOLDENBERG SCHNEIDER, L.P.A.
1 W. 4th St., 18th Floor
Cincinnati, OH 45202
Telephone: (513) 345-8291
jgoldenberg@gs-legal.com

Joseph M. Lyon (*pro hac vice*)
THE LYON FIRM, P.C.
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 22, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                             */s/ David J. Dickens*