## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ben Hawkins, *on behalf of himself and all others similarly situated,* | : : : | Case No. 1:19-cv-01186 |
| Plaintiff, | : : | |
| v. | : : | Hon. Judge Leonie M. Brinkema |
| Navy Federal Credit Union, | : : | |
| Defendant. | : : : | |

## PLAINTIFF'S MOTION FOR
## <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Ben Hawkins, through counsel and with the consent of Defendant Navy Federal Credit Union, hereby moves this Court for final approval of the proposed class action settlement.

In support of this motion, Plaintiff relies upon the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; the Declaration of Jay Geraci in Support of Plaintiff's Motion for Final Approval of Class Action Settlement (attached hereto as Exhibit 1); the Settlement Agreement and Release [Doc. 26-1]; the Declaration of Alexander H. Burke [Doc. 26-2]; the Declaration of Jeffrey S. Goldenberg [Doc. 26-3]; the Declaration of Joseph M. Lyon [Doc. 26-4]; the Declaration of Ben Hawkins [Doc. 32-2]; and the records, pleadings, and papers filed in this action. For the Court's convenience, a proposed Final Approval Order and Judgment has been submitted for the Court's consideration. *See* Final Approval Order and Judgment [Doc. 30-7].

Dated: October 2, 2020

Respectfully submitted,

BEN HAWKINS, on behalf of himself and all others similarly situated

By: */s/ David J. Dickens*
David J. Dickens (VSB 72891)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA, 22960
Telephone: (540) 672-4224
ddickens@millerfirmllc.com

Alexander H. Burke*
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
jgoldenberg@gs-legal.com

Joseph M. Lyon*
THE LYON FIRM
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

*Counsel for Plaintiff and the Proposed Class*

* denotes *pro hac vice* admission

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                _/s/ David J. Dickens_
                                                David J. Dickens