\#  **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| BEN HAWKINS, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAVY FEDERAL CREDIT UNION, )<br>)<br>Defendant. ) | Civil Action No. 1:19cv1186 (LMB/IDD) |

**JUDGMENT**

Pursuant to the order of this Court entered on <u>October 20, 2020</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of plaintiff Ben Hawkins, on behalf of himself and all others similarly situated and against defendant Navy Federal Credit Union.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated:  10/20/20
Alexandria, Virginia